THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RYAN P. BRAHNEY, Appellant.

Submitted June 22, 2015; decided August 27, 2015

Motion for assignment of counsel granted and Kathryn Friedman, Esq., care of The Sage Law Firm Group, PLLC, PO Box 200, 465 Grant Street, Buffalo, New York 14213 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES BROWN, Appellant.

Submitted August 17, 2015; decided August 27, 2015

Motion for assignment of counsel granted and Danielle Muscatello, Esq., care of Robert DiDio & Associates, 80-02 Kew Gardens Road, Suite 307, Kew Gardens, New York 11415 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LYXON CHERY, Appellant.

Submitted August 3, 2015; decided August 27, 2015

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 120 Wall Street, 28th Floor, New York, NY 10005 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PRINCE CLARK, Appellant.

Submitted August 17, 2015; decided August 27, 2015

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.